

| HON. SYLVIA O. HINDS RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | Amy Robinson<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |

July 1, 2022

**Via ECF**
Honorable Cheryl L. Pollack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

   In Re: *Adam Azbel-Bedell v. City of New York, et al.*
     21 Civ. 4961 (FB) (CLP)

Your Honor:

   I am Senior Counsel in the Office of the Honorable Sylvia O' Hinds Radix, Corporation Counsel of the City of New York. Defendants respectfully request a 30-day extension of its time to respond to Plaintiffs' Document and Interrogatory Requests from July 8, 2022, to August 5, 2022. Defendants also respectfully request a corresponding adjournment of the status conference, presently scheduled for July 13, 2022, until a date and time after the defendants have responded to Plaintiffs' Interrogatory and Document Requests which is convenient to the Court. No previous request for an extension of time to respond to Plaintiffs' Interrogatory and Document Requests has been made by defendants. This application is made on consent so long as Plaintiffs receive the corresponding additional time to respond to Defendants' Interrogatory and Document Requests. The requested enlargement is necessary as the undersigned is fully consumed in the litigation, in *In Re: New York City Policing of Summer 2020 Demonstrations*, 20-cv-8924 (CM) (GWG) in the next several weeks.

   Thank you for your consideration herein.

                Respectfully submitted,

                *Amy Robinson*
                AMY ROBINSON
                *Senior Counsel*
                Special Federal Litigation Division

cc: All Plaintiffs' Counsel *via* ECF

.