

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Michael Viviano<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2368<br>mviviano@law.nyc.gov |

August 22, 2022

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Adam Azbel-Bedell v. City of New York, et al.</u>
               21-CV-4961 (FB) (CLP)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of the City of New York and defendants Bill De Blasio, Terence Monahan, Dermot Shea, and Police Officer Husbands, in place of Senior Counsel Amy Robinson.

      I thank the Court for its time and consideration of this request.

      Respectfully submitted,

      */s/ Michael Viviano*
      Michael Viviano
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

cc:    **BY ECF:**
      *All Counsel of Record*