UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADAM AZBEL-BEDELL,

                        Plaintiff,

        -against-

CITY OF NEW YORK, BILL DE BLASIO, DERMOT SHEA, TERENCE MONAHAN, AARON HUSBANDS, and DOES 1-3.

                        Defendants.
------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

21-CV-4961 (FB) (CLP)

       **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of AMY ROBINSON, as counsel of record on behalf of the Corporation Counsel of the City of New York, HON. SYLVIA O. HINDS-RADIX, attorney for defendants Bill De Blasio, Dermot Shea, Terence Monahan, and Police Officer Husbands:

                        **Michael C. Viviano**
                        *Assistant Corporation Counsel*
                        New York City Law Department
                        100 Church Street
                        New York, NY 10007
                        (212) 356-2368
                        mviviano@law.nyc.gov

       From this date forward, please serve all pleadings on the attorney for defendants at the address set forth above, and please terminate Andrey Udalov, Esq. from the docket sheet as counsel of record and replace him with Michael C. Viviano, Esq.

Dated: New York, New York
August 22, 2022

                                      HON. SYLVIA O. HINDS-RADIX
Corporation Counsel
of the City of New York
*Attorney for Defendants City of New York, Bill De Blasio, Terence Monahan, Dermot Shea, and Police Officer Husbands*

                                      By: /s/ *Michael Viviano*
Michael C. Viviano
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, New York 10007

cc: VIA E-MAIL & ECF
All Counsel of Record