

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel

**Michael Viviano**
*Assistant Corporation Counsel*
Tel.: (212) 356-2368
mviviano@law.nyc.gov

August 29, 2022

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Azbel-Bedell v. City of New York., et al.</u>, 21-CV-4961 (FB)-(CLP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write respectfully to request that the status conference, currently scheduled for September 29, 2022 at 3:45 p.m. be adjourned until October 3, 2022 or a date thereafter convenient for the Court. I am requesting this change as I have an immovable conflict during the scheduled status conference. Defendants have made no previous request for an adjournment of the status conference. This request is made with plaintiff's consent.

    Thank you for your consideration herein.

    Respectfully submitted,

    *Michael Viviano* /s/

    *Assistant Corporation Counsel*
    Michael Viviano

cc:    Jessica Massimi, Esq. (VIA ECF)