

October 20, 2022

Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

By Electronic Filing.

  Re: Case No. 21-cv-04961, Azbel-Bedell v City of New York, et al.

Dear Judge Pollack:

  As the Court likely recalls, my firm represents the Plaintiff in the case named above. I write to ask for a brief (*nunc pro tunc*) extension of the time to settle on a mediator under the Court's October 5 Minute Order (setting October 19 as the date the mediator selection was due). The parties jointly seek this extension, and ask the Court to set October 27 as the new deadline (though they anticipate selecting a mediator before then).

  As we discussed at the recent conference, I have been speaking to Robyn Weinstein about having this case and others growing out of the 2020 protests mediated by retired members of the bench. Ms. Weinstein has let me know we should have a mediator selected by Friday. I apologize that this letter is coming in late — but am hopeful this will be the only extension of this deadline. In an abundance of caution, the parties ask for another week — though we anticipate the mediator being selected well before then.

  We thank the Court for its time and consideration.

                Respectfully submitted,

                /s/
                _____
                J. Remy Green
                 *Honorific/Pronouns: Mx., they/their/them*
                **COHEN&GREEN P.L.L.C.**
                *Attorneys for Plaintiffs*
                1639 Centre St., Suite 216
                Ridgewood, New York 11385

cc:
All relevant parties by ECF.