UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADAMS AZBEL-BEDELL,

                              Plaintiff,

      -against-

CITY OF NEW YORK, et al.

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21-cv-04961 (FB) (CLP)

        **PLEASE TAKE NOTICE** that **Omar J. Siddiqi, Esq.**, Senior Counsel, hereby appears as counsel of record on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant City of New York, DeBlasio, Shea, Monahan, and Husbands.

        **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
          January 4, 2022

        **HON. SYLVIA O. HINDS-RADIX**
        CORPORATION COUNSEL OF THE CITY OF NEW YORK
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        (212) 356-2345

        By:          /s/
             Omar J. Siddiqi
             *Senior Counsel*
             Special Federal Litigation Division

cc:    All counsel of record (by ECF)