

January 17, 2023

Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

**Re:** **Case No. 21-cv-04961, <u>Azbel-Bedell v City of New York, et al</u>.**

Dear Judge Pollack:

I am co-counsel for Plaintiffs in this matter. I write to provide a status report to the Court, as directed by the Court's January 3, 2023 order. Prior counsel for Defendants left the Law Department in December, and new counsel entered an appearance in this matter on January 4, 2023. The parties are conferring with Judge Steven M. Gold (Ret.), who has agreed to serve as a mediator in this matter, to set a date for mediation now that new counsel was assigned to this case.

Respectfully submitted,

/s/
_____
Elena L. Cohen

cc:
All relevant parties by ECF.