

February 14, 2023

Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

By Electronic Filing.

    Re:    Case No. 21-cv-04961, <u>Azbel-Bedell v City of New York, et al</u>.

Dear Judge Pollack:

As the Court may recalls, my firm represents the Plaintiff in the case named above.

I write jointly with Defendants to provide the status report called for in the Court's January 18, 2023 Minute Order. This week, the parties were able to lock in a confirmed mediation session set for March 16, 2023, with the Hon. Steven M. Gold (Ret.).

We thank the Court for its time and consideration.

        Respectfully submitted,

        /s/
        _____

        J. Remy Green
          *Honorific/Pronouns: Mx., they/their/them*
        **COHEN&GREEN P.L.L.C.**
        *Attorneys for Plaintiffs*
        1639 Centre St., Suite 216
        Ridgewood, New York 11385

cc:
All relevant parties by ECF.