

May 19, 2023

Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

By Electronic Filing.

    Re:    Case No. 21-cv-04961, <u>Azbel-Bedell v City of New York, et al</u>.

Dear Judge Pollack:

    As the Court may recalls, my firm represents the Plaintiff in the case named above. I write jointly with Defendants I apologize that the Court needed to follow up with us.

    Because of professional and religious commitments, the parties needed to adjourn the previously scheduled mediation date with Judge Gold (ret.). Because of the intersection between our commitments and Judge Gold's commitments, we were only able to schedule the mediation for July 10, 2023.

    As ever, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.