

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Omar J. Siddiqi**
*Senior Counsel*
Tel.: (212) 356-2345
osiddiqi@law.nyc.gov

August 7, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Azbel-Bedell v. City of New York., et al.</u>, 21-CV-4961 (FB)-(CLP)

Your Honor:

    I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. The parties write jointly to respectfully provide the Court with a status update in this matter. As an initial matter, I apologize in the tardiness of the filing of this letter. The parties engaged in a mediation on August 1, 2023. The mediator made a recommendation, and the parties are to respond to that recommendation by August 7, 2023.

    Thank you for your consideration herein.

                              Respectfully submitted,

                              <u>*/s/ Omar J. Siddiqi*</u>

                              *Senior Counsel*
                              Omar J. Siddiqi

cc:    Remy Green, Esq. (VIA ECF)