

THE CITY OF NEW YORK

## LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel

Omar J. Siddiqi
*Senior Counsel*
Tel.: (212) 356-2345
osiddiqi@law.nyc.gov

August 14, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Azbel-Bedell v. City of New York., et al.</u>, 21-CV-4961 (FB)-(CLP)

Your Honor:

    I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. The parties write jointly to respectfully provide the Court with a status update in this matter. As an initial matter, I write to respectfully inform the Court that the parties have settled this matter in principle.

    Thank you for your consideration herein.

    Respectfully submitted,

    <u>/s/ Omar J. Siddiqi</u>

    *Senior Counsel*
    Omar J. Siddiqi

cc:    Remy Green, Esq. (VIA ECF)